UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                                                          Bankruptcy No. 07-12254 MER
                                                                                                Chapter 13
DELIA VERONICA SANCHEZ-OROZCO,
Debtor,

WASHINGTON MUTUAL BANK,
Movant,

DELIA VERONICA SANCHEZ-OROZCO, and
Sally J. Zeman,
The Chapter 13 Trustee,
Respondents.

## VERIFIED MOTION FOR COURT TO ENFORCE TERMS OF STIPULATION AND FOR RELIEF FROM THE AUTOMATIC STAY

WASHINGTON MUTUAL BANK (Creditor), through its attorneys, CASTLE MEINHOLD & STAWIARSKI, LLC, hereby requests that this Court enforce the terms of a prior Stipulation entered into by the Creditor, the Debtor, and the Chapter 13 Trustee and thereby grant the Creditor relief from the automatic stay. In support, the Creditor states as follows:

1. The parties mentioned above entered into a Stipulation previously filed with this Court which provided that the Debtor would make additional monthly payments outside the plan to the Creditor until the Debtor became current outside the plan. In the event that said payments were not timely made or received by the Creditor, then an event of default would exist. The Creditor could deliver written notice of the default to the Debtor and the Debtor's Counsel. If the default was not cured within ten (10) days, the Creditor would be entitled to file a Verified Motion for Court to Enforce Terms of Stipulation and for Relief from the Automatic Stay with the Court and obtain an Order for Relief From Automatic Stay.

2. Movant has confirmed that the Debtor(s) is/are not on active military duty, pursuant to this Courts' General Procedure Order 2005-2 (see affidavit attached hereto).

3. There was a default by the Debtor, and a notice was sent to the Debtor on September 12, 2007 by certified and regular mail. The mail so delivered has not been returned and therefore assumed by the undersigned to be received. A copy of the Default letter is attached hereto.

4. The Debtor was given until September 24, 2007 to cure the default. The default has not been cured.

5. The Creditor respectfully requests that this Court grant relief pursuant to the Stipulation previously filed with the Court and approved by the Court on August 14, 2007.

6. The Creditor further requests that the requirement of Fed. R. B. P. 4001(a)(3) be waived so that the Creditor may immediately enforce and implement an order granting relief from the automatic stay.

WHEREFORE, the Creditor respectfully requests that this Court enforce the terms of the Stipulation filed with the Court and approved by the Court on August 14, 2007 and grant the Creditor relief from the automatic stay from the Debtor and the Debtor's Estate to allow the Creditor to proceed solely *in rem* against the property. The Creditor respectfully requests any further relief the Court deems proper.

Dated: September 28, 2007

CASTLE MEINHOLD & STAWIARSKI, LLC

Britney Beall-Eder, #34935
Jeremy Peck, #36588
P.C. Wolf, #34797
Bryan S. Blum, # 34949
Attorneys for Movant
999 18th Street, Suite 2201
Denver, CO 80202
303-865-1440
(303) 865-1410 (facsimile)

## VERIFICATION

STATE OF COLORADO            )
                             ) ss.
CITY AND COUNTY OF DENVER    )

I, Kim Wallen, of lawful age, and being first duly sworn upon my oath, depose and say that the above facts as set forth in the foregoing VERIFIED MOTION FOR COURT TO ENFORCE TERMS OF STIPULATION AND FOR RELIEF FROM AUTOMATIC STAY are true and correct to the best of my information, knowledge and belief.

By Kim Wallen

Subscribed and sworn to before me on September 28, 2007, the signature of Kim Wallen.

My Commission Expires:

Notary Public

10-10-10

ESTHER RICHMOND
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 10/10/2010

File No. 06-21861

In re:
DELIA VERONICA SANCHEZ-OROZCO

Case No.    07-12254 MER

### AFFIDAVIT PURSUANT TO THE SERVICEMEMBER CIVIL RELIEF ACT OF 2003

I, Kim Wallen, being of lawful age, first duly sworn, hereby state as follows:

I am over the age of 18 and am an employee of Castle Meinhold & Stawiarski, LLC.

1.   On September 28, 2007, I, Aislin Reddin, performed a search on the Department of Defense Manpower Data Center. Upon searching the information data banks of the Department of Defense Manpower Data Center (DMDC), the DMDC does not possess any information indicating that the debtor, Delia Veronica Sanchez-Orozco is currently on active duty as to all branches of the Military.

Dated: September 28, 2007

*Original signature on file*

By: _____
Kim Wallen

The foregoing was subscribed and sworn to before me on this 28th day of September 2007.

WITNESS MY HAND AND OFFICIAL SEAL.
My Commission expires: 10-10-10

*Original signature on file.*

_____

NOTARY PUBLIC

File No. 06-21861



LAW OFFICES
999 18TH STREET
SUITE 2201
DENVER, COLORADO 80202
TELEPHONE 303.865.1400
FAX 303.865.1410

September 12, 2007

**VIA CERTIFIED AND REGULAR MAIL**

Delia Veronica Sanchez-Orozco
480 Yates Street
Denver, CO 80204

  Re: Loan No.: 0604948950
     Bankruptcy Case No.: 07-12254 MER
     Our File No.: 06-21861

  This letter shall constitute NOTICE OF DEFAULT to you with respect to the Stipulation filed and the Court's Order dated August 14, 2007, as entered in your Chapter 13 Bankruptcy case. For your information, I have enclosed a copy of the Stipulation. Under the terms and provisions of that Order, you were to make regular monthly mortgage payments, plus stipulated payments in the amount of $586.39, to Washington Mutual Bank on or before the fifteenth of every month. This is the first of two allowed Notices of Default.

  Pursuant to Washington Mutual Bank's records, you have failed to make your August 2007 through September 2007 regular payments, as well as your August 15, 2007 stipulated payment in accordance with the terms of the Stipulation. Should you fail to cure these payments, which have become due, by the date set forth below, we shall ask the Court to enter an Order for Relief from Automatic Stay pursuant to the Stipulation and proceed to exercise Washington Mutual Bank's contractual and statutory remedies outside of the bankruptcy proceedings.

  **A total of $3,406.75 must be paid by <u>CASHIER'S CHECK OR MONEY ORDERS</u>, payable to the Creditor and delivered to the undersigned, no later than 12:00 Noon on September 24, 2007** to cure this breach of the Note and Deed of Trust and the above-described Court Order. Failure to do so will result in: (1) termination of the Automatic Stay; (2) the full loan balance being accelerated (declared immediately due); and (3) the mortgage property being sold at foreclosure sale.

  As of September 15, 2007, your September 2007 stipulated payment in the amount of $586.39 will become due and owing and is not included in the amount stated above.

  Please contact your bankruptcy attorney if you have any questions.

               Sincerely,

               Britney Beall-Eder, #34935
               Jeremy Peck, #36588
               P.C. Wolf, #34797
               Bryan S. Blum, # 34949

Enclosure
cc: Washington Mutual Bank
   Richard N. Gonzales, Esq.

In re:
DELIA VERONICA SANCHEZ-OROZCO,

Case No.    07-12254 MER

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on ___9-28-07___, a true and correct copy of the foregoing **VERIFIED MOTION FOR COURT TO ENFORCE TERMS OF STIPULATION AND FOR RELIEF FROM AUTOMATIC STAY** was placed in the United States Mail, first class postage prepaid, addressed to the following persons:

Delia Veronica Sanchez-Orozco
480 Yates Street
Denver, CO 80204

Richard N. Gonzales, Esq.
12110 Pecos St.
Suite 240
Westminster, CO 80234-2020

Sally J. Zeman
Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201

File No. 06-21861